IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUWAN GRANT, <br><br> Defendant. | 8:22CR86 <br><br> ORDER |

This matter is before the court on Defendant's Unopposed Motion to Continue Pretrial Motion Deadline [33]. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by August 12, 2022.

IT IS ORDERED:

1. Defendant's Unopposed Motion to Continue Pretrial Motion Deadline [33] is granted. Pretrial motions shall be filed on or before August 12, 2022.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between July 1, 2022 and August 12, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 30th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge